# RICHARD B. WOLF
ATTORNEY-AT-LAW
510 HAIGHT AVENUE
SUITE 202
POUGHKEEPSIE, NEW YORK  12603
(845) 454-1200
FAX (845) 454-3315

June 26, 2009

Honorable Lawrence E. Kahn
United States District Judge
United States District Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

Re: Robert Shannon v. Verizon New York, Inc.
    No. 1:05-CV-0555 LEK/DRH

Dear Judge Kahn:

     I am writing to inform the Court that, as Plaintiff's attorney, I had no knowledge of Mr. Shannon's June 22, 2009 personal letter to the Court until I read it earlier today as an ECF filing appearing this morning. I did not direct nor did I suggest that he write anything to or communicate with the Court, nor did he speak to me about his intentions or send me a copy of his letter before or after sending it to the Court.

     Insofar as Mr. Bloom's suggestions are concerned, I have no objection to Defendant's request to strike Mr. Shannon's letter from the public docket.

Respectfully,

RICHARD B. WOLF
Attorney for Plaintiff
Bar No. 105036

cc: Allan S. Bloom, Esq.